JOHN A. BELL, Respondent, *v.* JACOB A. GITTERE, Appellant.

(Argued June 10, 1892; decided October 1, 1892.)

APPEAL from judgment of the General Term of the Superior Court of the city of Buffalo, entered upon an order made March 24, 1890, which denied a motion for a new trial and ordered judgment for plaintiff upon a verdict.

*Adelbert Moot* for appellant.

*Carl T. Chester* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

HENRY R. GRANGER, Respondent, *v.* ELECTA M. GRANGER, Appellant.

(Submitted June 10, 1892; decided October 1, 1892.)

APPEAL from order of the General Term of the Supreme Court in the fifth judicial department, made the first Tuesday of June, 1886, which granted a motion for a new trial.

*M. E. & E. M. Bartlett* for appellant.

*I. Sam. Johnson* for respondent.

Agree to affirm; no opinion.
All concur, except BRADLEY and HAIGHT, JJ., not sitting.
Order affirmed and judgment absolute against appellant on stipulation.